# Court of Appeals
# of the State of Georgia

ATLANTA,   February 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0030.  OMENA EL v. BALFOUR CONCORD IV LLC.

Omena El has filed an "Application of Appeal to Court of Appeals of Georgia [Pursuant to] OCGA § 5-6-34 (a) (1) for Expedited Judgment to Avoid Irreparable Damage." The motion appears to be a Rule 40 (b) emergency motion and appears to seek relief from a magistrate court's judgment granting a writ of possession and a default judgment. In her motion, Omena El asserts that the magistrate judge who presided over the dispossessory action is guilty of wilful misconduct as well as a number of violations including, *inter alia*, entering the default judgment even though she had filed an answer, and failing to consider her counterclaim and to transfer the case to a proper venue. Based on the assertions in her motion and the materials accompanying her motion, it does not appear that El has sought review of the magistrate court matters by a state or superior court.

This Court has determined that it lacks jurisdiction. "The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). Because we can only address magistrate court matters that have been reviewed by the state or superior court, we have no authority to consider the issues presented in this motion or to grant the requested relief. See, e.g., *Westwind Corp. v. Washington Fed. S & L Assn*., 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

For these reasons, El's "Application of Appeal to Court of Appeals of Georgia [Pursuant to] OCGA § 5-6-34 (a) (1) for Expedited Judgment to Avoid Irreparable Damage" is hereby DENIED and DISMISSED.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,* __02/06/2023__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*